**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA    :   No. 7 EM 2023

               v.                               :

MARCUS TEAGUE                     :

PETITION OF: ILLON FISH, ESQUIRE    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2023, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County to determine whether to permit Attorney Illon Fish to withdraw. In the event Attorney Fish is allowed to withdraw, the court shall resolve any related questions, including whether to appoint new counsel or to permit Marcus Teague to proceed *pro se*.

    The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.